## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTIE DAWN McCLEAVE,      )
                             )
      Plaintiff,             )
                             )
vs.                          )      Case No. CIV-12-0881-F
                             )
CAROLYN W. COLVIN, Acting    )
Commissioner of the Social Security  )
Administration,              )
                             )
      Defendant.            )

## <u>ORDER</u>

Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of defendant Commissioner granting her social security disability benefits for a closed period from January 1, 2008 through August 31, 2009, and denying her benefits thereafter.

Magistrate Judge Gary M. Purcell issued a Report and Recommendation on August 19, 2013 (the Report, doc. no. 21), recommending that the Commissioner's decision to terminate benefits be reversed and that the matter be remanded to the Commissioner for reinstatement and payment of continuing benefits.  In his Report, the magistrate judge advised the parties of their right to object to the Report by September 9, 2013.  He also advised them that failure to make timely objection to the Report waives appellate review of the recommended ruling.  No objection has been filed, and no request for an extension of time within which to object has been requested.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** to the Commissioner for reinstatement and payment of continuing benefits.

Dated this 10th day of September, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0881p002.wpd